# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | JAMES A. & NATALIE ROSE LEONARD |
| **Case Number:** | 4:17-BK-00840-BMW    **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, NOVEMBER 07, 2017 10:15 AM   COURTROOM 446 |
| **Bankruptcy Judge:** | BRENDA M. WHINERY |
| **Courtroom Clerk:** | REBECCA VOLZ |
| **Reporter / ECR:** | RHIANNA DOMINGUEZ |

## *Matter:*

DEBTORS' MOTION TO COMPEL COMPLIANCE WITH THE REQUIREMENTS OF THE MMM PROGRAM AND FOR CONTEMPT (RESCHEDULED FROM 10/03/17)

**R / M #:**   43 / 0

## *Appearances:*

DANIEL RYLANDER REPRESENTING JAMES AND NATALIE LEONARD AND APPEARING IN PERSON
CRAIG MORRIS REPRESENTING THE CHAPTER 13 TRUSTEE AND APPEARING IN PERSON

## *Proceedings:*

Mr. Rylander reports that the parties are actively working together through the modification program in order to get this matter resolved. His clients found out that the loan was in fact permanently modified prior to the filing but the interest rate is 2% higher which the debtors will not accept. He requests a continued hearing or that this matter be vacated subject to call.

COURT: A CONTINUED HEARING IS SET FOR TUESDAY 12/12/17 AT 10:15 AM. PARTIES MAY APPEAR IN TUCSON COURTROOM 446 OR PHOENIX COURTROOM 301. IF THIS MATTER IS RESOLVED PRIOR TO THE HEARING THEN THE HEARING MAY BE VACATED.